**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TOTAL FILTRATION SERVICES, INC.,

    Plaintiff,

v.    Case No. 07-12706

TIM McCARTHY.

    Defendant.
_____/

**ORDER DENYING *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, HOLDING IN ABEYANCE MOTION FOR PRELIMINARY INJUNCTION, AND SETTING DATE FOR STATUS CONFERENCE**

Pending before the court is Plaintiff Total Filtration Services, Inc.'s *ex parte* "Motion for Temporary Restraining Order and Preliminary Injunction." For the reasons stated on the record on June 26, 2007,

IT IS ORDERED that Plaintiff's "Motion for Temporary Restraining Order and Preliminary Injunction" to the extent that it seeks a Temporary Restraining Order is DENIED, and to the extent that it seeks a Preliminary Injunction is HELD IN ABEYANCE.

IT IS FURTHER ORDERED that Plaintiff effect service of process with all deliberate speed and that the parties or responsible party representatives appear with counsel before Judge George C. Steeh for a status conference on **Monday, July 16, 2007 at 2:00 p.m.**

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE, acting in
        the absence of Judge George C. Steeh

Dated: June 27, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 27, 2007, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\07-12706.TOTALFILTRATION.DenyTROSetConf.wpd
2